UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-04461-ODW (PDx) | Date | November 18, 2024 |
|---|---|---|---|
| Title | *David Chandler v. MKG Consultants Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

On August 21, 2024, the Court issued an Order Scheduling Meeting of Counsel and Scheduling Conference ("Order"), setting a deadline of October 21, 2024 for the parties to file a Joint 26(f) Report. (Order, ECF No. 12.) After the parties failed to timely submit a Joint Report, the Court ordered the parties to show cause in writing, by October 31, 2024, why they failed to comply with the Court's Order and the Federal Rules of Civil Procedure in this Case. (ECF No. 26.) The Court cautioned the parties that "[f]ailure to comply with this Order may result in dismissal of this action for lack of prosecution or further sanctions without further notice." (*Id.*) To date, the parties have not responded to the Court's order.

Due to the parties' repeated failure to meet basic deadlines and to comply with the Court's orders, the Court **DISMISSES** this action without prejudice. All dates and deadlines are **VACATED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

_____ : 00

Initials of Preparer    SE